UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20632-CIV-LENARD/Elfenbein

NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

v.

ONE LIFESTYLE MANAGEMENT, LLC,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Marty Elfenbein, ("R. & R.," D.E. 18), issued on May 13, 2025. The R. & R. provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the R. & R.. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the R. & R. and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The R. & R. (D.E. 18) is **ADOPTED IN FULL**;

    2.    Petitioner's Motion for Voluntary Dismissal (D.E. 17) is **GRANTED**;

3. The Amended Application for Order Requiring Obedience to Subpoena Duces Tecum (D.E. 4) is **DISMISSED WITHOUT PREJUDICE**;

4. All pending motions are **DENIED AS MOOT**; and

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of June, 2025.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**